## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOAV GUTMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br> v.<br><br>LIZHI INC., JINNAN LAI, NING DING, ZELONG LI, XI CHEN, TAO HUANG, YE YUAN, RICHARD ARTHUR, COLLEEN A. DE VRIES, CITIGROUP GLOBAL MARKETS INC., HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, AMTD GLOBAL MARKETS LIMITED, NEEDHAM & COMPANY, LLC, TIGER BROKERS (NZ) LIMITED, CHINA MERCHANTS SECURITIES (HK) CO., LIMITED, VALUABLE CAPITAL LIMITED, PRIME NUMBER CAPITAL LLC, and, COGENCY GLOBAL INC.,<br><br>     Defendants. | Case No. 1:21-cv-317-LDH |

## STIPULATION AND [PROPOSED] ORDER
## SETTING PLEADING AND BRIEFING SCHEDULE

WHEREAS, on January 20, 2021, Plaintiff Yoav Gutman commenced the above-captioned putative class action by filing a complaint (the "Complaint") against Defendants Lizhi Inc. ("Lizhi"), Jinnan Lai, Ning Ding, Zelong Li, Xi Chen, Tao Huang, Ye Yuan, Richard Arthur, Colleen A. De Vries, Citigroup Global Markets Inc., Haitong International Securities Company Limited, AMTD Global Markets Limited, Needham & Company, LLC, Tiger Brokers (NZ) Limited, China Merchants Securities (HK) Co., Limited, Valuable Capital Limited, Prime Number Capital LLC, and, Cogency Global Inc. asserting claims pursuant to Sections 11, 12(a)(2), and 15 of the Securities Act (15 U.S.C. §§ 77k, 77l, and 77o) (Dkt. No. 1);

WHEREAS, on April 16, 2021, Plaintiff and Defendants Lizhi Inc., Tiger Brokers (NZ) Limited, Citigroup Global Markets Inc., Needham & Company, LLC, and Prime Number Capital LLC entered into a scheduling stipulation, subject to the Court's approval, which set forth a proposed schedule for the filing of an amended complaint and Defendants' response thereto (Dkt. No. 16);

WHEREAS, on May 27, 2021, Plaintiff and Defendants Cogency Global Inc., Richard Arthur, and Colleeen A. De Vries (together the "Cogency Defendants") entered into a scheduling stipulation, subject to the Court's approval, which set forth a proposed schedule for the filing of an amended complaint and the Cogency Defendants' response thereto (Dkt. No. 29);

WHEREAS, on June 7, 2021, the Court issued an order appointing Plaintiff as Lead Plaintiff, and appointing The Rosen Law Firm as Lead Counsel (Dkt. No. 30);

WHEREAS, China Merchants Securities (HK) Co., Limited ("CMS"), was served with the Complaint on or about May 28, 2021;

WHEREAS, Lead Plaintiff and CMS have agreed, subject to the Court's approval, to enter into a scheduling stipulation setting forth the same schedule as those previously entered into by Plaintiff and certain Defendants on April 16, 2021, and May 27, 2021;

IT IS HEREBY STIPULATED AND AGREED among the undersigned Parties, subject to the Court's approval, as follows:

1.      Any deadlines for CMS to answer, move, or otherwise respond to the Complaint, to the extent such deadlines presently exist, are vacated.

2.      Lead Plaintiff shall file an Amended Complaint within 60 days of the Court's order appointing Lead Plaintiff.

3.      CMS shall answer, file a request for a pre-motion conference pursuant to Rule III.A.

~~of the Court's Individual Practices, or otherwise respond to the Amended Complaint within 45~~

~~days of the Amended Complaint being filed;~~

4.      CMS shall file any motions to dismiss the Amended Complaint within 14 days following the pre-motion conference, if one is scheduled, or within 14 days following the Court's determination that a pre-motion conference is not required;

5.      If CMS files a motion to dismiss, Lead Plaintiff shall file an opposition to the motion within 60 days of the motion to dismiss being filed.

6.      CMS shall file its reply in further support of any motion to dismiss within 45 days of Lead Plaintiff's opposition being filed.

7.      By executing this stipulation, the undersigned do not waive any defenses, and all such defenses are expressly reserved.  Nothing in this stipulation is intended to curtail any rights under the Federal Rules that might otherwise exist absent this agreement.

8.      Nothing in this stipulation shall prejudice the right of any party to seek further extensions on the consent of the other parties or from the Court.

Respectfully submitted this eleventh day of June, 2021.

<table>
<tr><td>/s/Phillip Kim</td><td>/s/Susanna M. Buergel</td></tr>
<tr><td>Phillip Kim</td><td>Susanna M. Buergel</td></tr>
<tr><td>Laurence M. Rosen</td><td>Daniel S. Sinnreich</td></tr>
<tr><td><strong>THE ROSEN LAW FIRM, P.A.</strong></td><td><strong>PAUL, WEISS, RIFKIND, WHARTON &amp; GARRISON LLP</strong></td></tr>
<tr><td>275 Madison Avenue, 40th Floor</td><td></td></tr>
<tr><td>New York, NY 10116</td><td>1285 Avenue of the Americas</td></tr>
<tr><td>Tel: (212) 686-1060</td><td>New York, New York 10019-6064</td></tr>
<tr><td>Fax: (212) 202-3827</td><td>Tel: (212) 373-3000</td></tr>
<tr><td>pkim@rosenlegal.com</td><td>Fax (212) 757-3990</td></tr>
<tr><td>lrosen@rosenlegal.com</td><td>sbuergel@paulweiss.com</td></tr>
<tr><td></td><td>dsinnreich@paulweiss.com</td></tr>
<tr><td><em>Lead Plaintiff Counsel</em></td><td></td></tr>
<tr><td></td><td><em>Counsel for Defendants Citigroup Global Markets, Inc., Needham &amp; Company, LLC,</em></td></tr>
</table>

3

*Prime Number Capital LLC, Tiger Brokers (NZ) Limited, and China Merchants Securities (HK) Co., Ltd.*

**IT IS SO ORDERED.**

Dated:_____June 17_____, 2021

*Peggy Kuo*

Hon. Peggy Kuo
United States Magistrate Judge

4