UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOAV GUTMAN, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>LIZHI INC., JINNAN LAI, NING DING, ZELONG LI, XI CHEN, TAO HUANG, YE YUAN, RICHARD ARTHUR, COLLEEN A. DE VRIES, CITIGROUP GLOBAL MARKETS INC., HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, AMTD GLOBAL MARKETS LIMITED, NEEDHAM & COMPANY, LLC, TIGER BROKERS (NZ) LIMITED, CHINA MERCHANTS SECURITIES (HK) CO., LIMITED, VALUABLE CAPITAL LIMITED, PRIME NUMBER CAPITAL LLC, and COGENCY GLOBAL INC.,<br><br>    Defendants. | Case No. 1:21-cv-00317-LDH-PK |

## NOTICE OF SUPPLEMENTAL AUTHORITY

In further support of their motions to dismiss (Dkt. Nos. 44, 45, 46, 47, 48), Defendants respectfully submit this notice to advise the Court of the attached recent decision by Justice Andrew Borrok of the Commercial Division, Supreme Court of New York, New York County, which dismissed in its entirety a nearly identical complaint filed against Defendants in that court by another plaintiff.  (Ex. A, *Yutan v. Lizhi Inc.*, No. 650171/2021 (Sup. Ct. N.Y. Cty.), Dkt. No. 55.)

The Court should reach the same conclusion here.  Defendants respectfully request that the Court take notice of Justice Borrok's decision and dismiss Plaintiff's Amended Complaint with prejudice.

Dated:      New York, New York
            March 4, 2022

                              DAVIS POLK & WARDWELL LLP


                              By:    /s/Edmund Polubinski III
                                     Edmund Polubinski III

                              Edmund Polubinski III
                              Daniel S. Magy
                              450 Lexington Avenue
                              New York, New York 10017
                              Tel: (212) 450-4695
                              Fax: (212) 701-5695

                              Jonathan K. Chang
                              18/F, The Hong Kong Club Building
                              3A Chater Road
                              Central, Hong Kong SAR
                              Tel: +852 2533 1028
                              Fax:  +852 2533 4328

                              *Counsel for Defendants Lizhi Inc., Xi Chen,
                              Jinnan Lai, Ning Ding, Zelong Li, and Tao
                              Huang*

                              PAUL, WEISS, RIFKIND, WHARTON &
                                GARRISON LLP


                              By:    /s/Susanna M. Buergel
                                     Susanna M. Buergel

                              Susanna M. Buergel
                              Daniel S. Sinnreich
                              1285 Avenue of the Americas
                              New York, New York 10019
                              Tel: (212) 373-3000
                              Fax: (212) 757-3990

                              *Counsel for Defendants China Merchants
                              Securities (HK), Citigroup Global Markets,
                              Inc., Needham & Company, LLC, Prime
                              Number Capital LLC, Tiger Brokers (NZ)
                              Limited, and Valuable Capital Limited*

2

K&L GATES LLP


By:    */s/Joanna A. Diakos*
           Joanna A. Diakos

Joanna A. Diakos
599 Lexington Avenue
New York, New York 10022
Tel: (212) 536-3900
Fax: (212) 536-3901

*Counsel for Defendants Cogency Global Inc., Colleen A. DeVries, and Richard Arthur*

LOEB & LOEB LLP


By:    */s/John Piskora*
           John Piskora

John Piskora
345 Park Avenue
New York, New York 10154
Tel: (212) 407-4082
Fax: (212) 407-4990

*Counsel for Defendant AMTD Global Markets Limited*

3