# EXHIBIT A

Case 1:21-cv-00317-LDH-PK Document 59-1 Filed 03/04/22 Page 2 of 3 PageID #: 1708

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: COMMERCIAL DIVISION PART 53

--------------------------------------------------------------------------------X

MARK YUTAN,

| | |
|---|---|
| **INDEX NO.** | 650171/2021 |
| **MOTION DATE** | 05/10/2021, 05/10/2021 |
| **MOTION SEQ. NO.** | 001 002 |

Plaintiff,

- v -

LIZHI INC., JINMAN LAI, NING DING, ZELONG LI, XI CHEN, TAO HUANG, YE YUAN, RICHARD ARTHUR, COLLEEN DE VRIES, CITIGROUP GLOBAL MARKETS INC., HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, AMTD GLOBAL MARKETS LIMITED, NEEDHAM & COMPANY, LLC, TIGER BROKERS (NZ) LIMITED, CHINA MERCHANTS SECURITIES (HK) CO., LIMITED, VALUABLE CAPITAL LIMITED, PRIME NUMBER CAPITAL LLC, COGENCY GLOBAL INC.

**DECISION + ORDER ON MOTION**

Defendant.

--------------------------------------------------------------------------------X

HON. ANDREW BORROK:

The following e-filed documents, listed by NYSCEF document number (Motion 001) 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 41, 42, 43, 44, 45, 46, 47, 50, 51, 52
were read on this motion to/for                                    DISMISS                                    .

The following e-filed documents, listed by NYSCEF document number (Motion 002) 39, 40, 48, 49, 53
were read on this motion to/for                                    DISMISS                                    .

Upon the foregoing documents, Lizhi, Inc., Citigroup Global Markets, Needham & Company, LLC and Prime Number Capital LLC's motions to dismiss are granted and the Amended Complaint (the **AC**) must be dismissed without prejudice because COVID-19 is not a shibboleth to asserting a claim under the Securities Act of 1933. This is a putative class action involving the January 2020 IPO of Lizhi. Lizhi operates a social audio platform for user-generated content in China. As this Court has previously observed, whether a registration statement is false or misleading is viewed at the time such statement is made not retroactively in hindsight (*In re Uxin Limited Securities Litigation*, 66 Misc3d 1232(A) [Sup Ct, NY County 2020]; *In re Netshoes*

650171/2021 YUTAN, MARK vs. LIZHI INC.                                    Page 1 of 2
Motion No. 001 002

1 of 2

Case 1:21-cv-00317-LDH-PK    Document 59-1    Filed 03/04/22    Page 3 of 3 PageID #:
1709

*Securities Litigation*, 64 Misc3d 926 [Sup Ct, NY County 2019]).  Simply put, although the AC indicates that the registration statement was misleading for failure to adequately disclose COVID-19 and its impact on the company, the AC fails to articulate the actual misstatement or omission in the registration statement.  Failing to disclose otherwise public information about COVID-19 generally is not actionable (*In re Netshoes*, 64 Misc3d at 933; *see In re Merrill Lynch & Co., Inc. Research Reports Sec. Litig.*, 272 F.Supp.2d 243, 250 [SD NY 2003] [section 11 and 12 of the Securities Act of 1933 do not require disclosure of publicly available information]).  Stating that subsequent to the IPO, the company (which was engaged in the business of operating a social audio platform) disclosed that by the end of 2019 they had to adjust work schedules and that revenues may be affected simply is also not sufficient to state a claim that when the registration was made it was materially misleading or false.  Thus, the AC must be dismissed without prejudice.

It is hereby ORDERED that defendants' motions to dismiss (Motion Seq. Nos. 001 & 002) are granted; and it is further

ORDERED that the AC is dismissed without prejudice.

20220303105935ABORROKCF404B194F56445099DDD16913C20474

| 3/3/2022 | | | | |
|---|---|---|---|---|
| **DATE** | | | **ANDREW BORROK, J.S.C.** | |

| CHECK ONE: | X | CASE DISPOSED | | NON-FINAL DISPOSITION | |
|---|---|---|---|---|---|
| | X | GRANTED | DENIED | GRANTED IN PART | OTHER |
| APPLICATION: | | SETTLE ORDER | | SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | | INCLUDES TRANSFER/REASSIGN | | FIDUCIARY APPOINTMENT | REFERENCE |

650171/2021   YUTAN, MARK vs. LIZHI INC.                                    Page 2 of 2
Motion No.  001 002

2 of 2