UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOAV GUTMAN, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>LIZHI INC., JINNAN LAI, NING DING, ZELONG LI, XI CHEN, TAO HUANG, YE YUAN, RICHARD ARTHUR, COLLEEN A. DE VRIES, CITIGROUP GLOBAL MARKETS INC., HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, AMTD GLOBAL MARKETS LIMITED, NEEDHAM & COMPANY, LLC, TIGER BROKERS (NZ) LIMITED, CHINA MERCHANTS SECURITIES (HK) CO., LIMITED, VALUABLE CAPITAL LIMITED, PRIME NUMBER CAPITAL LLC, and COGENCY GLOBAL INC.,<br><br>        Defendants. | Case No. 1:21-cv-00317-LDH-PK |

## NOTICE OF SUPPLEMENTAL AUTHORITY

In further support of their motions to dismiss (Dkt. Nos. 44, 45, 46, 47, 48), Defendants respectfully submit this notice to advise the Court of the attached recent decision of the United States District Court, Southern District of New York, in *Wandel v. Gao*, No. 20-cv-03259 (PAC) (S.D.N.Y.), attached as Exhibit A. The Court in *Wandel* dismissed a strikingly similar complaint. In that case, the plaintiffs brought a complaint under Sections 11 and 15 of the Securities Act of 1933 against a Chinese issuer that launched an IPO on January 17, 2020 (the day after Lizhi's IPO Registration Statement became effective), alleging, among other things, that the issuer "misled investors about the effect of the pandemic . . . on the Company's business." (Ex. A. at 1.) The court dismissed the plaintiffs' claims on the ground that "the risk

of the pandemic simply was not reasonably knowable" on January 17, 2020, the date of the IPO.

(*Id.* at 19.)

Defendants respectfully submit that the same reasoning applies with equal force here.

Dated:    New York, New York
          March 16, 2022

DAVIS POLK & WARDWELL LLP

By:    */s/Edmund Polubinski III*
        Edmund Polubinski III

Edmund Polubinski III
Daniel S. Magy
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4695
Fax: (212) 701-5695

Jonathan K. Chang
18/F, The Hong Kong Club Building
3A Chater Road
Central, Hong Kong SAR
Tel: +852 2533 1028
Fax: +852 2533 4328

*Counsel for Defendants Lizhi Inc., Xi Chen, Jinnan Lai, Ning Ding, Zelong Li, and Tao Huang*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:     */s/Susanna M. Buergel*
          Susanna M. Buergel

Susanna M. Buergel
Daniel S. Sinnreich
1285 Avenue of the Americas
New York, New York 10019
Tel: (212) 373-3000
Fax: (212) 757-3990

*Counsel for Defendants China Merchants Securities (HK), Citigroup Global Markets, Inc., Needham & Company, LLC, Prime Number Capital LLC, Tiger Brokers (NZ) Limited, and Valuable Capital Limited*

K&L GATES LLP

By:     */s/Joanna A. Diakos*
          Joanna A. Diakos

Joanna A. Diakos
599 Lexington Avenue
New York, New York 10022
Tel: (212) 536-3900
Fax: (212) 536-3901

*Counsel for Defendants Cogency Global Inc., Colleen A. DeVries, and Richard Arthur*

3

LOEB & LOEB LLP

By:    */s/John Piskora*
                    John Piskora

John Piskora
345 Park Avenue
New York, New York 10154
Tel: (212) 407-4082
Fax: (212) 407-4990

*Counsel for Defendant AMTD Global Markets Limited*