UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YOAV GUTMAN, individually and on behalf
of all others similarly situated

                              Plaintiffs,                      JUDGMENT

v.                                                        21-CV-317 (LDH) (PK)

LIZHI INC., JINNAN LAI, NING DING, ZELONG LI,
XI CHEN, TAO HUANG, YE YUAN, RICHARD
ARTHUR, COLLEN A. DEVRIES, CITIGROUP
GLOBAL MARKETS INC., HAITONG
INTERNATIONAL SECURITIES LIMITED, AMTD
GLOBAL MARKETS LIMITED, NEEDHAM &
COMPANY, LLC, TIGER BROKERS (NZ) LIMITED,
CHINA MERCHANTS SECURITIES (HK) CO.,
LIMITED, VALUABLE CAPITAL LIMITED,
PRIME NUMBER CAPITAL LLC, and
COGENCY GLOBAL INC.,

                              Defendants.
------------------------------------------------------------X

        A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been entered on September 30, 2022, granting Defendants' motion to dismiss the FAC in its entirety for failure to state a claim; it is

        ORDERED and ADJUDGED that Defendants' motion to dismiss the FAC is granted in its entirety for failure to state a claim; and that Plaintiff's request to amend the amended complaint is denied with leave to renew.

Dated: Brooklyn, New York                                  Brenna B. Mahoney
          September 30, 2022                                      Clerk of Court

                                                                 By:    */s/Jalitza Poveda*
                                                                          Deputy Clerk